IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-572-D

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
KORNEGAY REAL PROPERTY: )
)
REAL PROPERTY LOCATED AT 1702 )
SHERIFF WATSON RD., SANFORD, )
NORTH CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )
DEED RECORDED IN BOOK 01451, )
PAGES 0307-0308 OF THE LEE )
COUNTY REGISTRY, AND BEING )
TITLED IN THE NAME OF TASHA L. )
HOLLAND-KORNEGAY AND )
HUSBAND, WILLIAM 0. KORNEGAY, )
II AND ANY AND ALL PROCEEDS )
FROM THE SALE OF SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 5401 )
23RD Ave., S. GULFPORT, FLORIDA, AS )
MORE PARTICULARLY DESCRIBED IN )
A DEED RECORDED IN BOOK 20822, )
PAGES 1293-1295 OF THE PINELLAS )
COUNTY RECORDS, AND BEING )
TITLED IN THE NAME OF WILLIAM )
OSCAR KORNEGAY, II AND TASHA L. )
HOLLAND-KORNEGAY, HUSBAND )
AND WIFE, AND ANY AND ALL )
PROCEEDS FROM THE SALE OF SAID )
PROPERTY, )
)
Defendant. )

**ORDER SEALING DECLARATION**

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED

that the Declaration of George Dennis, Task Force Officer, Federal Bureau of Investigation, filed herein, be sealed until further order of this Court. However, with the exception that the Clerk of Court or the United States Attorney may provide copies to counsel for claimant upon request.

SO ORDERED. This the 18 day of October, 2023.

JAMES C. DEVER III
United States District Judge