IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-572-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KORNEGAY REAL PROPERTY: | ) | |
| | ) | |
| LAND LOCATED AT 1702 SHERIFF WATSON RD., SANFORD, NORTH CAROLINA, AS MORE PARTICULARLY DESCRIBED IN A DEED RECORDED IN BOOK 01451, PAGE 0307 OF THE LEE COUNTY REGISTRY, AND BEING TITLED IN THE NAME OF TASHA L. HOLLAND-KORNEGAY AND HUSBAND, WILLIAM O. KORNEGAY, II AND ANY AND ALL PROCEEDS FROM THE SALE OF SAID PROPERTY, | ) | |
| | ) | |
| LAND LOCATED AT 5401 23RD Ave., S. GULFPORT, FLORIDA, AS MORE PARTICULARLY DESCRIBED IN A DEED RECORDED IN BOOK 20822, PAGES 1293-1295 OF THE PINELLAS COUNTY RECORDS, AND BEING TITLED IN THE NAME OF WILLIAM OSCAR KORNEGAY, II AND TASHA L. HOLLAND-KORNEGAY, HUSBAND AND WIFE, AND ANY AND ALL PROCEEDS FROM THE SALE OF SAID PROPERTY, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown on the United States' motion for a stay of the instant

civil forfeiture proceedings pursuant to 18 U.S.C. § 981(g)(1) in light of an on-going investigation, it is hereby ORDERED that this matter is STAYED for 120 days, up to and including June 13, 2024.

SO ORDERED. This the 22 day of March, 2024.

J. Dever
JAMES C. DEVER III
United States District Judge